# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| Case No. | CV 13-00956 AK (MRWx) | Date | July 2, 2014 |
|---|---|---|---|

Title: North of England Protecting and Indemnity Association, Limited, et al. v. Tesoro Corporation, et al.

Present: The Honorable    ALEX KOZINSKI, Chief Judge of the 9th Circuit Court of Appeals, sitting by designation

| Joseph Remigio | Laura Elias |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Daniel Berberich | Robert Crowder |
| Frank Brucculeri | Russell Fisk |

3rd ___ Day Court Trial    _____ Day Jury Trial

___ One day trial:   ___ Begun (1st day);   ___ Held & Continued;   X* Completed by jury verdict/submitted to

___ The Jury is impaneled and sworn.

___ Opening statements made by

X Witnesses called, sworn and testified.   X Exhibits Identified   X Exhibits admitted.

X Plaintiff(s) rest.   ___ Defendant(s) rest.

___ Closing arguments made by   ___ plaintiff(s)   ___ defendant(s).   ___ Court instructs jury.

___ Bailiff(s) sworn.   ___ Jury retires to deliberate.   ___ Jury resumes deliberations.

___ Jury Verdict in favor of   ___ plaintiff(s)   ___ defendant(s) is read and filed.

___ Jury polled.   ___ Polling waived.

___ Filed Witness & Exhibit Lists   ___ Filed jury notes.   ___ Filed jury instructions.

___ Judgment by Court for _____   ___ plaintiff(s)   ___ defendant(s).

___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).

___ Case submitted.   ___ Briefs to be filed by _____

___ Motion to dismiss by _____ is   ___ granted.   ___ denied.   ___ submitted.

___ Motion for mistrial by _____ is   ___ granted.   ___ denied.   ___ submitted.

X Motion for Judgment/Directed Verdict by Defendant is   X granted.   ___ denied.   ___ submitted.

___ Settlement reached and placed on the record.

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

___ Trial subpoenaed documents returned to subpoenaing party.

___ Case continued to _____ for further trial/further jury deliberation.

X Other:   Parties present for filing their submission of deposition testimony re witness Rob McCaughey.

  * Upon the grating of Defendant's Motion prusuant to FRCvP 52(c), trial ended.

                                                                  3 : 10
Initials of Deputy Clerk    JRE