UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| North of England Protecting and Indemnity Association Limited, et al.<br><br>PLAINTIFF(S)<br>v.<br><br>Tesoro Corporation, et al.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:13-cv-00956-AK-MRW<br><br>**JUDGMENT FOR DEFENDANT(S)** |

    Having GRANTED Defendant Tesoro Corporation's oral Motion for Judgment on Partial Findings pursuant to Federal Rule of Civil Procedure 52(c), and having made findings of fact and conclusions of law on the record, JUDGMENT is rendered in favor of Defendant Tesoro Refining and Marketing Company and against North of England Protecting and Indemnity Association Limited.

    Any proposed judgment and findings of fact and conclusions of law lodged prior to the entry of this judgment are deemed moot.

Dated: 07/21/2014         By _____

Hon. Alex Kozinski
Chief Judge of the Ninth Circuit Court of
Appeals, sitting by designation

cc:   Counsel of record

**JUDGMENT**